# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GLASSCO FAIRROW,

        Petitioner,     :    Case No. 3:18-cv-232

                                                 District Judge Thomas M. Rose
- vs -                                   Magistrate Judge Michael R. Merz

WARDEN, Correctional Reception Center,

        Respondent.     :

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 6) to the Magistrate Judge's Report and Recommendations (ECF No. 2).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

August 16, 2018.                         *s/Thomas M. Rose

                                                     Thomas M. Rose
                                               United States District Judge